2/5/69     Filed Order to Show Cause and Notice of Hearing scheduling for Feb. 28, 1969 in Main Courtroom, U.S. Court of Claims.

2/14/69  *1* Filed Response to whow Cause of plaintiffs Welter and Deines (Nebr., Nos. 3008 and 2595) suggesting Nebraska as most appropriate district for consolidation.

2/19/69  *2* Filed letter/response to show cause order stating no objection to transfer but suggesting Nebraska.as location to transfer cases.

2/24/69  *3* Filed affidavit/response to show cause order from plaintiffs Mills and Jacobson (N.Y., S.) suggesting consolidation be in Ny., S.

2/24/69  *4* Filed response of plaintiff Edward Ryant Dyer, Jr. to Order to Show Cause and Notice of Hearing.

2/24/69    Filed extension of time to and including Feb. 24, 1969 for filing and serving responses to show cause order.

2/25/69  *5* Filed Response of Defendant Braniff Airways, Inc. to show cause order dtd. Feb. 5, 1969. opposing response of plaintiffs Welte and Deines. suggests New York Southern as district for consolidated pretrial proceedings.

2/28/69  *6* Filed affidavit submitted in open court of defendant British Aircraft Corp. advising their opinion that consolidation should be in Omaha, Nebr.

2/28/69  *7* Filed response to plaintiffs in New York Southern to Show Cause Order.

5/2/69     Filed OPINION AND ORDER (authored by Judge Weinfeld) denying transfer of this litigation at this time.

OPINION AND ORDER ENTERED 5/2/69 CITED AT 298 F. Supp. 1323 (1969)

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

P.1

## DESCRIPTION OF LITIGATION

DOCKET NO. **17** - MULTIDISTRICT CIVIL ACTIONS ARISING FROM THE AIR CRASH DISASTER AT FALLS CITY, NEBRASKA ON AUGUST 6, 1966

NT - 5/2/69

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-1 | Grace Welter, etc., v. Braniff Airways Inc. | 3/14/8 | Nebraska | | 03008 |
| A-2 | John Deines, etc. v. Braniff Airways, Inc., et al. | 9/12/6 | " | | 02595 |
| A-3 | Agnes Mary Brisbane, etc. v. British Aircraft Corp., Ltd., et al. | 8/2/8 | " | Robinson | 03105 |
| A-4 | Donald G. Pauly, Jr., etc. v. British Aircraft Corp., Ltd., et al. | 8/2/8 | " | " | 03106 |
| A-5 | Patricia L. Hilliker, etc. v. British Aircraft Corp., Ltd., et al. | 8/2/8 | " | " | 03107 |
| A-6 | Agnes Mary Brisbane, etc. v. British Aircraft Corp., Ltd. | 7/10/8 | Texas, N. | Taylor | CA-3 2676-C |
| A-7 | Patricia L. Hilliker, etc. v. British Aircraft Corp., Ltd. | 7/10/8 | " | " | CA-3 2677-C |
| A-8 | Donald G. Pauly, Jr., etc. v. British Aircraft Corp., Ltd. | 7/10/8 | " | " | CA-3 2678-C |
| A-9 | Agnes Mary Brisbane, etc. v. British Aircraft Corp (U.S.A.), Inc. | 8/2/8 | " | " | CA-3 2730-C |
| A-10 | Donald G. Pauly, Jr., etc. v. British Aircraft Corp. (U.S.A.), Inc. | 8/2/8 | " | Estes | CA-3 2731-A |
| A-11 | Patricia L. Hilliker, etc. v. British Aircraft Corp. (U.S.A.), Inc., etc. | 8/2/8 | " | Taylor | CA-3-2732-C |
| A-12 | Cecil P. Jacobson, etc. v. Braniff Airways, Inc., et al. | 5/14/8 | New York, S. | | 68 Civ.1959 |
| A-13 | Elaine D. Eschbach, etc. v. British Aircraft Corp., Ltd., et al. | 5/19/8 | " | | 68Civ.1979 |
| A-14 | Olga Johnson, etc. v. British Aircraft Corp., Ltd., et al. | 3/3/7 | " | | 67Civ. 795 |
| A-15 | Marie L. Graeber, etc. v. British Aircraft Corp., Ltd., et al. | 3/3/7 | " | | 67Civ. 794 |

17

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

B.2

## DESCRIPTION OF LITIGATION

DOCKET NO. 17 **17** - MULTIDISTRICT CIVIL ACTIONS ARISING FROM THE AIR CRASH DISASTER AT FALLS CITY, NEBRASKA ON AUGUST 6, 1966

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-16 | Bill Rush Mosby, Jr., etc. v. British Aircraft Corp., Ltd., et al. | 3/3/7 | New York,S. | | 67 Civ.793 |
| A-17 | Donna Wright, etc. v. British Aircraft Corp., Ltd., et al. | 2/21/7 | " | | 67 Civ.677 |
| A-18 | Morgan W. Mills, etc. v. Braniff Airways, Inc., et al. | 3/7/7 | " | | 67 Civ.929 |
| A-19 | Robert Leroy Kuhr, etc. v. British Aircraft Corp., Ltd., et al. | 10/3/7 | " | | 67 Civ.3827 |
| A-20 | Edward Ryant Dyer, Jr., etc. v. Braniff Airways, Inc., et al. | 8/4/7 | D.of Columbia | | 2054-67 |
| A-21 | Frederick Mayer, etc. v. Braniff Airways, Inc., et al. | | Ill., N. | | 66 C 2164 |

17

**ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 17 - MULTIDISTRICT CIVIL ACTIONS ARISING FROM THE AIR CRASH DISASTER AT FALLS CITY, NEBRASKA ON AUGUST 6, 1966

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | a. Warren S. Schrempp, Esquire, Scrempp, Rosenthal, McLane & Bruckner, 1100 Farm Credit Bldg., Omaha, Nebraska<br><br>b. James Lawyer, Esquire, Lawyer, Lawyer, Ray & Crouch, 427 Fleming Bldg., Des Moines, Iowa | |
| A-2 | a. Same as A-1(a)<br><br>b. C. Morris Gillespie, Esq., Box 123, Bayard, Nebraska | a. John A. Rickerson, Esq., 430 City Nat'l Bank Bldg., Omaha, Nebraska<br><br>b. Cassem, Tierney, Adams & Henatsch<br>L. J. Tierney, Esq.<br>400 City National Bank Building<br>Omaha, Nebraska  68102   (3d Pty Def.) |
| A-3 | a. John P. Miller, Esq., Eisenstatt, Morrison, Higgins, Miller, Kinnamon & Morrison, 707 City Nat'l Bank Bldg., Omaha, Nebraska<br><br>b. Feidt, Lang and Pauly, 400 First Federal Bldg., 83 South Seventh St., Minneapolis, Minn. | |
| A-4 | a.)<br>B.) Same as A-3(a) and (b) | |
| A-5 | Same as A-3(a) and (b) | |
| A-6 | a. Randell C. Riley, Esq., 302 Union Bank Bldg., Ft. Worth 75102<br><br>b. Same as A-3 (b) above | a. Eugene Jericho, Esq., 2200 Fidelity Union Tower, Dallas  75201 |
| A-7 | a. Same as A-6(a) above<br><br>b. Edward M. Glennon, Esq., Lindquist, Magnuson & Glennon, Midland Bank Bldg., Minneapolis, Minn. 55401 | a. Same as A-6(a) |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-8 | a. Same as A-6 (a) and (b) | a. Same as A-6(a) |
| A-9<br>A-10<br>A-11 | a. Ronald Aultman, Esq., Aultman & Riley, 302 Union Bank Bldg., Ft. Worth, Texas 76102<br><br>b. Same as A-3(b) | |
| A-12 | a. Lee S. Kreindler, Esq., Kreindler & Kreindler, 99 Park Ave., New York, New York 10016 | BRITISH AIRCRAFT CORP. - John A. Garrity, Esq. Mendes and Mount, 27 William St., N.Y. 10004<br><br>BRANIFF AIRWAYS<br>John Osnato, Jr., Esq., Haight, Gradner Poor & Havens, 80 Broad St., N.Y. 10004 |
| A-13<br>A-14<br>A-15<br>A-16<br>A-17 | a. Charles F. Krause, Esq., Speiser, Shumate, Geoghan & Krause, 200 Park Ave., N.Y. 10017 | Same as A-12 |
| A-18 | Same as A-12(a) above | Same as A-12 above |
| A-19 | Same as A-13/17 above | Same as A-13/17 above |
| A-20 | a. Peyton Ford, Esquire, Ford, Ayer, Horan & Lester, 1000 Connecticut Ave., N.W., Wash., D.C. 20036 | a. BRANIFF<br>Hogan and Hartson, 815 Connecticut Ave., Washington, D.C.<br>b. BRITISH AIRCRAFT<br>Miller, McCarthy, Evans & Casady<br>1701 K St., N.W., Wash., D.C. |
| A-21 | John J. Kennelly, Esq., 111 West Washington St., Chicago | a. Lord, Bissell & Brook, 135 S. LaSalle St., Chicago (Gordon R. Close & Paul W. Engstrom<br><br>b. William H. Schrader, Esq., Heineke, Conklin & Schrader, 135 S. LaSalle St., Chicago<br><br>c. Matthew J. Corrigan, Esq., Mendes & Mount, 27 William St., New York |